IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40059
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO ORDONEZ-MENDOZA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-L-75-51
- - - - - - - - - -
June 11, 1997

Before KING, JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Francisco Ordonez-Mendoza has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief and the record, and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.